**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JOHN LEONARD BRYANT,

    Petitioner,

vs.                                      CASE NO. 97-81373
                                        HON. LAWRENCE P. ZATKOFF
                                        MAGISTRATE JUDGE DONALD A. SCHEER

UNITED STATES OF AMERICA,

    Respondent.
_____/

**OPINION AND ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter comes before the Court on Magistrate Judge Scheer's Report and Recommendation [dkt 563] of February 28, 2008, in which the Magistrate Judge recommends denying Petitioner's Motion to Vacate, Set Aside, or Correct Sentence [dkt 546]. Petitioner has filed an objection to the Report and Recommendation. The Court has thoroughly reviewed the court file, the Report and Recommendation, and Petitioner's objections. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court as it pertains to the denial of Petitioner's Motion.

Therefore, IT IS HEREBY ORDERED that Petitioner's Complaint is DISMISSED with prejudice.

IT IS SO ORDERED.

                                                            s/Lawrence P. Zatkoff
                                                             LAWRENCE P. ZATKOFF
                                                             UNITED STATES DISTRICT JUDGE

Dated: March 28, 2008

CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on March 28, 2008.

                                              s/Marie E. Verlinde
                                              Case Manager
                                              (810) 984-3290